UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **KURT SUTHERLAND,** § § **Plaintiff,** § § v. § § **RADIUS GLOBAL SOLUTIONS, LLC** § § **Defendants.** § § | Case No. 0:23-cv-61954-RS |

### DEFENDANT, RADIUS GLOBAL SOLUTIONS, LLC's, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Radius Global Solutions, LLC ("RGS"), through counsel and pursuant to the Federal Rules of Civil Procedure, hereby submits its Answer and Affirmative Defenses to the Complaint filed by Plaintiff, Kurt Sutherland ("Plaintiff"), and states:

### INTRODUCTION

1. RGS admits Plaintiff filed this action for alleged violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, but denies any violations, liability, damages, or wrongdoing under the law. Except as specifically admitted, RGS denies the allegations in ¶ 1.

### BASIS OF JURISDICTION

2. RGS does not contest jurisdiction and venue at this time. Except as specifically admitted, RGS denies the allegations in ¶ 2.

3. RGS does not contest jurisdiction at this time. Except as specifically admitted, RGS denies the allegations in ¶ 3, including the suggestion Plaintiff has asserted any state law claims.

## PARTIES

4. Upon information and belief, RGS admits that Plaintiff is a natural person residing in Fort Lauderdale, Florida. Except as specifically admitted, RGS denies the allegations in ¶ 4 as calling for a legal conclusion.

5. RGS admits that it is a foreign limited liability company. Except as specifically admitted, RGS denies the allegations in ¶ 5.

6. RGS denies the allegations in ¶ 6 as calling for a legal conclusion.

7. RGS denies the allegations in ¶ 7 as calling for a legal conclusion.

## FACTUAL ALLEGATIONS

8. RGS denies the allegations in ¶ 8 for lack of knowledge or information sufficient to form a belief therein.

9. RGS denies the allegations in ¶ 9 for lack of knowledge or information sufficient to form a belief therein.

10. RGS denies the allegations in ¶ 10.

11. RGS denies the allegations in ¶ 11 as written and as calling for a legal conclusion.

12. RGS admits only that it did not own the account made the basis of this lawsuit. Except as specifically admitted, RGS denies the allegations in ¶ 12.

13. RGS admits it did not enter into a contract with Plaintiff. Except as specifically admitted, RGS denies the allegations in ¶ 13.

14. RGS denies any violations of plaintiff's rights as alluded to in ¶ 14.

15. RGS denies the conduct attributed to it and thus denies the allegations in ¶ 15.

16. RGS denies the allegations in ¶ 16.

17. RGS denies the allegations in ¶ 17.

18. RGS denies the allegations in ¶ 18.

19. RGS denies the allegations in ¶ 19.

20. RGS denies the allegations in ¶ 20.

21. RGS denies the allegations in ¶ 21.

22. RGS denies the allegations in ¶ 22.

23. RGS denies the allegations in ¶ 23.

24. RGS denies the allegations in ¶ 24.

## COUNT I [ALLEGED] VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681b(f) Defendant RADIUS GLOBAL SOLUTIONS, LLC

25. RGS reasserts the foregoing as if fully stated herein.

26. RGS denies the allegations in ¶ 26.

27. RGS denies the allegations in ¶ 27 and its subparts (a) through (f).

28. RGS denies the allegations in ¶ 28.

### JURY DEMAND AND PRAYER FOR RELIEF

29. RGS denies that plaintiff is entitled to any relief sought.

WHEREFORE, Defendant, Radius Global Solutions, LLC., respectfully requests the Court dismiss this action with prejudice and grant it any such other and further relief the Court deems appropriate.

## **AFFIRMATIVE DEFENSES**

1. To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2. RGS denies any liability; however, regardless of liability, Plaintiff has suffered no actual damages as a result of RGS's purported violations.

3. At all relevant times, RGS maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information.

4. RGS at all times acted in compliance with the Fair Credit Reporting Act.

5. Assuming that Plaintiff suffered any damages, he has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

6. Any harm suffered by Plaintiff was legally and proximately caused by persons or entities other than RGS and who were beyond the control or supervision of RGS or for whom RGS was and is not responsible or liable.

7. Plaintiff has failed to state a claim against RGS upon which relief may be granted.

WHEREFORE, Defendant, Radius Global Solutions, LLC, respectfully requests the Court dismiss this action with prejudice and grant it any other relief the Court deems appropriate.

Dated:  November 7, 2023

Respectfully submitted,

*/s/ Bradley J. St. Angelo*
Bradley J. St. Angelo, Esq.
Florida Bar No. 119399
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd, Suite 2800
Metairie, LA 70004
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
bstangelo@sessions.legal

*Attorneys for Defendant,*
*Radius Global Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Southern District of Florida and served via CM/ECF and U. S. Mail, postage prepaid, upon the following:

Kurt Sutherland – Pro Se Plaintiff
11635 NW 16th St.
Fort Lauderdale, FL  33311

*/s/ Bradley J. St. Angelo*
Attorney